UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

| | |
|---|---|
| VANESSA JIMENEZ, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-04291-JPC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ARIZONA ARCHERY ENTERPRISES, INC., | |
| Defendant. | |

---------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Vanessa Jimenez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Arizona Archery Enterprises, Inc.

DATED: November 3, 2022                **MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *See also* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, this action is dismissed with prejudice and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: November 10, 2022
New York, New York

JOHN P. CRONAN
United States District Judge